United States District Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **EMILY RIVERA, et al.,** § § § *Plaintiff,* § § **v.** § § **HARRIS COUNTY, et al.,** § § § *Defendant.* § § § | **CIVIL ACTION NO. 4:19-cv-4920** |

## FINAL JUDGMENT

On August 18th, 2020 the Court entered memorandum opinion and order granting in part Defendants Jacinto City and Ana Diaz's motion to dismiss. ECF 70. In that order, the Court granted Plaintiffs twenty days to file an amended complaint with respect to the dismissed claims against Ana Diaz and Jacinto City. Plaintiffs did not do so. The court hereby ENTERS final judgment on all claims against these Defendants. The claims the Plaintiffs asserted against the remaining Defendants are not impacted by this judgment

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants Jacinto City and Ana Diaz

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 22nd of April, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE